JOHN R. KROGER
Attorney General
SHEILA H. POTTER #993485
REBECCA M. JOHANSEN #083710
Assistant Attorneys General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sheila.Potter@doj.state.or.us
       Rebecca.M.Johansen@doj.state.or.us

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH SNOW, DANIEL Q. BURDICK, LINDA THOMS, R. DRAKE EWBANK, on behalf of themselves and all other individuals similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RALPH SUMMERS, et al.,<br><br>    Defendants. | Case No. 6:10-cv-6224-HO<br><br>JUDGMENT OF DISMISSAL OF ALL STATE DEFENDANTS |

    Based upon the stipulation of the plaintiffs and the State Defendants (defined as: the State of Oregon, Oregon Department of Justice, Oregon Department of Human Services, and Ralph Summers) that this case has been fully settled between those parties (and only those parties), the previous dismissal of the other State Defendants (Heather Weigler, the Governor of Oregon, and

Page 1 -   JUDGMENT OF DISMISSAL OF ALL STATE DEFENDANTS
SP3/ad3/2917960-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

the Addictions and Mental Health Division), and the plaintiffs' stipulation that a General Judgment of Dismissal with prejudice may be entered herein,

IT IS HEREBY ORDERED and ADJUDGED that a General Judgment of Dismissal with prejudice on plaintiffs' claims against the State Defendants be entered with no costs to any party.

DATED this 9th day of ~~July~~ August, 2011.

_____
MICHAEL R. HOGAN
U. S. District Court Judge

STIPULATED BY:
DATED this 4th day of ~~July~~ August, 2011.

_____
SHEILA H. POTTER #993485
Of Attorneys for State Defendants

_____
ELIZABETH SNOW
Pro Se Plaintiff

_____
LINDA THOMS
Pro Se Plaintiff

_____
DANIEL BURDICK
Pro Se Plaintiff

_____
DRAKE EWBANK
Pro Se Plaintiff

Submitted by: Sheila H. Potter
              Assistant Attorney General
              Of Attorneys for State Defendants

Page 2 -   JUDGMENT OF DISMISSAL OF ALL STATE DEFENDANTS
           SP3/ad3/2917960-v1